FILED

2026 May-18  PM 12:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

**KATIA NIEVES-RIOS,**

   **Petitioner,**

**v.**

**JENNIFER BROTON,**

   **Respondent.**

**Case No. 7:26-cv-191-HDM-SGC**

### ORDER OF DISMISSAL

The petitioner filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).  On April 24, 2026, the magistrate judge entered a report recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) for the petitioner's failure to comply with a court order.  (Doc. 7). Although the magistrate judge advised the petitioner of her right to file objections within 14 days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for the petitioner's failure to comply with a court order.

**DONE** and **ORDERED** on May 18, 2026.

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE